# UNITED STATES BANKRUPTCY COURT

# FOR THE

# EASTERN DISTRICT OF VIRGINIA

In Re:  
Dari Ann Carver                                                                   Case # 19-10464-BFK

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

PAYEE                                                                                AMOUNT

DARI ANN CARVER                                                          $2,824.00  
474 Estate Avenue  
Warrenton, VA  20186

Dated:        April 13, 2020                    __/s/Thomas P. Gorman_____  
                                                              Thomas P. Gorman  
                                                              300 North Washington Street, Ste. 400  
                                                              Alexandria, VA 22314  
                                                              (703) 836-2226  
                                                              VSB#26421